1,499-25, 26, 27

JUNE 17, 2015

CLERK
COURT of CRIMINAL APPEALS
P.O. BOX 12308
AUSTIN, TEXAS 78711

RE: EX PARTE BOBBY BROWN ~~WR~~ WR-1,499-25.

DEAR CLERK:

THE COURT OR YOU PRESENTED MY WRIT of HABEAS CORPUS TO THE COURT ON MAY 11, 2015. WOULD YOU PLEASE LET ME KNOW if A decision HAS BEEN RULED. THANKS.

SINCERELY,
Bobby Brown

BOBBY BROWN 1124005
ESTELLE UNIT
264 FM 3478
Huntsville, Tx 77320

CC:

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 24 2015
Abel Acosta, Clerk